# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HERITAGE HOMESTEAD REALTY TRUST, RICHARD PORTER, JR., RICHARD PORTER, JR., TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF WAKEFIELD, AND NANCY MORINO FIGZY,<br><br>Defendants. | CIVIL ACTION<br>NO. 24-CV-40075-MRG |

## ORDER OF DISMISSAL

**Guzman, D.J.**

In accordance with the Report and Recommendation dated 7/24/24, Docket No. 3, recommending the action be DISMISSED as frivolous, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

 8/8/24  
Date

/s/Suzanne Frisch  
Deputy Clerk